IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KCEVIN ROB and ANGEL ROB, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | Civil Action No. 1:20-cv-129 |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION | § | |
| AS LEGAL TITLE TRUSTEE FOR | § | |
| TRUMAN 2016 SC6 TITLE TRUST, | § | |
| WILMINGTON TRUST, NATIONAL | § | |
| ASSOCIATION AS TRUSTEE OF ARLP | § | |
| SECURITIZATION TRUST, SERIES | § | |
| 2014-2, and FAY SERVICING, LLC, | § | |
| | § | |
| *Defendants.* | § | |

### DEFENDANTS' DISLCOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Under Rule 7.1 of the Federal Rules of Civil Procedure, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank"), Wilmington Trust, National Association as Trustee of ARLP Securitization Trust, Series 2014-2 ("Wilmington"), and Fay Servicing, LLC ("Fay Servicing") (collectively "Defendants") file Defendants' Disclosure Statement and Certificate of Interested Parties and would show as follows:

### A. Disclosure Statement

U.S. Bank, which was sued in its capacity as trustee, is a national banking association pursuant to federal law. When determining the citizenship of a trust for purposes of diversity jurisdiction, it is the citizenship of the trustee which controls. U.S. Bank's main office has been and continues to be located in Ohio under its articles of association. Therefore, U.S. Bank is a citizen of Ohio.

Wilmington is a national banking association organized under the laws of the United States, with its home office, as set forth in its Articles of Association, located in the State of Delaware.  Therefore, Wilmington is a citizen of Delaware.

Fay Servicing, LLC is a single member limited liability company. A limited liability company's citizenship is determined by its members.  Fay Servicing has only one member, Fay Management, LLC, which is a Delaware limited liability company. Thus, Fay is a citizen of Delaware for diversity purposes.

## B. Disclosure of Interested Persons

The following persons may have a financial interest in the outcome of this lawsuit:

1. Plaintiffs Kcevin Rob and Angel Rob

2. Defendant U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

3. Wilmington Trust, National Association as Trustee of ARLP Securitization Trust Series 2014-2

4. Fay Servicing, LLC

Respectfully submitted,

**BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP**

By:   /s/Crystal G. Gibson
         Crystal G. Gibson
         State Bar No.: 24027322
         4004 Belt Line Road, Ste. 100
         Addison, Texas 75001
         (972) 340-7901
         (972) 341-0734 (Facsimile)
         CrystalR@bdfgroup.com

**HOPKINS LAW, PLLC**

Mark D. Hopkins
State Bar No. 00793975
Shelley L. Hopkins
State Bar No. 24036497
3809 Juniper Trace, Suite 101
Austin, Texas 78738
(512) 600-4320
mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA E-SERVICE:***
William D. Davis
Davis & Associates
P.O. Box 1093
Dripping Springs, Texas 78620
bdavis@capital-ip.com
**ATTORNEY FOR PLAINTIFFS**

*/s/ Crystal G. Gibson*
Crystal G. Gibson